

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

GARY S. GLAZER
ADMINISTRATIVE JUDGE

February 7, 2020

FEB 18 2020

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Re: James E. Nicholson
Bankruptcy No: 20-10063-amc
Chapter 13

Dear Mr. Cibik:

We have been notified by the Federal Bankruptcy Court that the above-captioned matter was filed on January 6, 2020.

An initial search of our records indicates that there are no outstanding citations charged to the above-mentioned debtor(s). However, if you will provide this office with the following information, we will further research the case in an effort to protect the rights of the debtor(s).

1. Prior addresses (in or out-of-state)
2. Date of birth for the petitioner(s)
3. Driver's license number for the petitioner(s)
4. Citation number(s)

If you determine that the Philadelphia Municipal Court, Traffic Division, should not have been listed as a creditor in this case, please advise us so we may bring closure to the matter.

Please be advised that the Philadelphia Municipal Court, Traffic Division, has no jurisdiction over parking violations.

Your prompt response to this correspondence is sincerely appreciated, as it will assist us in proceeding with the proper filing.

Sincerely,

Gary S. Glazer
ADMINISTRATIVE JUDGE

GSG/mm
cc: Bankruptcy Court