UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES E. NICHOLSON    NO. 20-10063 AMC
CHAPTER 13

ENTRY OF APPEARANCE FOR
TRANSIT WORKERS FEDERAL CREDIT UNION
AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Transit Workers Federal Credit Union and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

February 24, 2002

GERSHMAN LAW OFFICES, PC

Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
Tel:  215.886.1120
Fax  215.886.1118
howard@gershman-law.com

Copies served this date upon:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA 19105

Michael A. Cibik, Esquire
Cibik & Cataldo, PC
1500 Walnut Street Ste. 900
Philadelphia, PA 19102