# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10063-AMC

JAMES E. NICHOLSON

1149 N. 65TH STREET

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES E. NICHOLSON

    1149 N. 65TH STREET

    PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 10/6/2020

                                          /S/ William C. Miller
                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee