United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10063-amc |
| James E. Nicholson | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James E. Nicholson, 1149 N. 65th Street, Philadelphia, PA 19151-3114 |
| cr | + | Transit Workers Federal Credit, 919 E. Cayuga Street, Philadelphia, PA 19124-3817 |
| 14451714 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14451715 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14451717 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14468595 | + | MIDFIRST BANK, C/O Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14484278 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14468811 | + | MidFirst Bank, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14451718 | + | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 14451719 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14465824 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14451721 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14451724 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 14471904 | + | Transit Workers Federal Credit Union, 919 E. Cayuga Street, Philadelphia, PA 19124-3817 |
| 14472342 | + | Transit Workers Federal Credit Union, c/o Howard Gershman, Esq., 610 York Road, Ste 200, Jenkintown, PA 19046-2867 |
| 14451725 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2021 02:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 06 2021 02:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14451709 | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14451710 | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14509925 | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14516815 | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14449128 | + | Email/Text: bankruptcy@cavps.com | Jan 06 2021 02:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 20-10063-amc   Doc 55   Filed 01/07/21   Entered 01/08/21 00:57:05   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14451707 | + | Email/Text: ecf@ccpclaw.com | Jan 06 2021 02:46:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14451711 | + | Email/Text: bankruptcy@philapark.org | Jan 06 2021 02:46:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14451713 | + | Email/Text: bankruptcy@credencerm.com | Jan 06 2021 02:46:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 14451712 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 06 2021 02:46:00 | Commonwealth of PA, UC Benefits Overpayment Section, 501 Labor andIndustry Building, 7th and Foster Streets, Harrisburg, PA 17121 |
| 14451716 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2021 02:46:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14451720 | + | Email/Text: bankruptcy@philapark.org | Jan 06 2021 02:46:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14451722 | + | Email/Text: bankruptcy@sw-credit.com | Jan 06 2021 02:46:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14451723 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 02:23:50 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14456539 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 02:24:12 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14449166 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 06 2021 02:20:15 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14451708 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOWARD GERSHMAN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 34 |

on behalf of Creditor Transit Workers Federal Credit hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

MICHAEL A. CATALDO2

on behalf of Debtor James E. Nicholson ecf@ccpclaw.com  igotnotices@ccpclaw.com

MICHAEL A. CIBIK2

on behalf of Debtor James E. Nicholson ecf@ccpclaw.com  igotnotices@ccpclaw.com

REBECCA ANN SOLARZ

on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JAMES E. NICHOLSON

Chapter 13

Debtor

Bankruptcy No. 20-10063-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: 1/5/21

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
JAMES E. NICHOLSON

1149 N. 65TH STREET

PHILADELPHIA, PA 19151-