

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

GARY S. GLAZER
ADMINISTRATIVE JUDGE

January 29, 2021

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

    Re:  See Attached List of Debtors
         Chapter 7 and Chapter 13

Dear Mr. Cibik:

    This court has received multiple notifications from the Bankruptcy Court relative to the Chapter 7 and Chapter 13 matters that are listed on the attached sheet.

    Several letters were directed to your office seeking additional information to enable this court to identify those debtors.

    As of this writing, we have not received your reply. This court has no record of any outstanding fines and/or costs due to the Philadelphia Municipal Court, Traffic Division, for the bankruptcy cases that are listed on the attached sheet.

    Please contact this court if you have information to the contrary.

                                   Sincerely,

                                   Gary S. Glazer
                                   ADMINISTRATIVE JUDGE

GSG/mm
cc: United States Bankruptcy Court

## ATTACHMENT: CIBIK, January 29, 2021, Bankruptcy Proceedings

| DEBTOR NAME | CHAPER | CASE NUMBER | FILED | DECISION | ORDERED |
|---|---|---|---|---|---|
| Barak Rush | 13 | 20-10895-mdc | 2/13/2020 | Dismissed | 10/29/2020 |
| Davis, L. Lorenzo | 13 | 20-11670-mdc | 3/18/2020 | Dismissed | 12/3/2020 |
| Cooper, Tyreek T. | 13 | 19-10759-mdc | 2/6/2019 | Dismissed | 12/10/2020 |
| Nicholson, James E. | 13 | 20-10063-amc | 1/6/2019 | Dismissed | 1/5/2021 |
| Tara Boesch | 7 | 20-12862-elf | 7/1/2020 | Discharged | 10/8/2020 |
| Madeline I. Torres | 7 | 20-12932-elf | 7/8/2020 | Discharged | 10/8/2020 |
| Craig R. Lucas | 7 | 20-12902-amc | 7/6/2020 | Discharged | 10/8/2020 |
| John J. Dougherty | 7 | 20-13675-elf | 9/11/2020 | Discharged | 12/31/2020 |
| Krystyna Szczepaniak | 7 | 20-13126-mdc | 7/28/2020 | Discharged | 11/5/2020 |
| Patel, Samir J. & Arpita S. | 7 | 20-13462-amc | 8/25/2020 | Discharged | 12/17/2020 |